

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-92,506-01, WR-92,506-02, WR-92,506-03 & WR-92,506-04

### EX PARTE DAVID ALLEN RUSSELL, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. W199-81323-2012-HC, W199-81325-2012-HC, W199-81326-2012-HC & W199-80629-2013-HC IN THE 199TH DISTRICT COURT FROM COLLIN COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of one count of sexual assault of a child, two counts of sexual assault, and two counts of indecency by contact. He is serving two ten-year prison sentences, one fifteen year sentence, one twelve year sentence, and one eight year sentence for his convictions. The Thirteenth Court of Appeals affirmed his convictions. *Russell v. State*, Nos. 13-13-00372, 13-13-00373, 13-13-00374 & 13-13-00375-CR (Tex. App.—Corpus Christi-Edinburg Apr 9, 2015) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On December 7, 2016 , the trial court entered orders designating issues. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 21, 2021
Do not publish